WILLIAM JELLY, PLAINTIFF, v. ERIE RAILROAD COMPANY, A CORPORATION, DEFENDANT.

Submitted January term, 1931—Decided June 29, 1931.

Before Justices CASE, DALY and DONGES.

For the defendant, *Collins & Corbin* (*Edward A. Markley,* of counsel).

PER CURIAM.

This action was originally instituted January 20th, 1917. The case was twice tried and each verdict was set aside by the Supreme Court. It was last noticed for trial on August 20th, 1924. The case has not, however, been moved for trial and no step in the cause has been taken since the last-mentioned date. Motion for a judgment of *non pros.* is now made. The motion is granted.